## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LYNNE HAGUE

**DEFENDANTS**
UHY ADVISORS NY, INC.; and DOES 1-15

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles County, at all times relevant thereto.

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David J. Duchrow
LAW OFFICE OF DAVID J. DUCHROW
11340 W. Olympic Boulevard, Suite 305
Los Angeles, CA 90064-1613
Tel.: (310) 479-5303 / Fax: (310) 479-5306

Attorneys (If Known)
Russell Allyn (SBN: 143531)
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017-2457
Tel.: (213) 891-5787 / Fax: (213) 896-0400

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1  U.S. Government Plaintiff   ☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant   ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ in excess of 150,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S.C. Sections 1441(a), 1441(b) and 1446 (Diversity) -- (a) amount in controversy exceeds $75,000; and (b) the parties are citizens of different states.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☒ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 690 Other | ☐ 865 RSI(405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (07/05)   CIVIL COVER SHEET

American LegalNet, Inc.
www.USCourtForms.com

CV08-00232

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET
### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

At all relevant times, Los Angeles County.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Defendant UHY Advisors NY, Inc. is a corporation that is incorporated in the State of Massachusetts, with its principal place of business in Albany, New York.

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)

Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles county.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Russell Au_     Date 01/14/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com

FILED

1    BUCHALTER NEMER
     A Professional Corporation
2    RUSSELL ALLYN (SBN: 143531)
     ELIZABETH H. MURPHY (SBN: 174095)
3    NICOLE D. GOMES (SBN: 218099)
     1000 Wilshire Boulevard, Suite 1500
4    Los Angeles, CA 90017-2457
     Telephone: (213) 891-0700
5    Facsimile: (213) 896-0400

6    Attorneys for Defendant
     UHY ADVISORS NY, INC.
7

2008 JAN 14  PM 3: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                                      CV08-00232 ODW FMOx

11   LYNNE HAGUE,                       LOS ANGELES COUNTY SUPERIOR
                                        COURT CASE NO. BC377989
12           Plaintiff,
                                        NOTICE OF REMOVAL OF CIVIL
13       vs.                            ACTION TO UNITED STATES
                                        DISTRICT COURT PURSUANT TO
14   UHY ADVISORS NY, INC.; and         U.S.C. SECTIONS 1441(a), 1441(b)
     DOES 1-15,                         AND 1446 (DIVERSITY)
15
             Defendants.                [Declaration of Lisa M. Brandt filed
16                                      concurrently herewith]

17

18       TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

19   FOR THE CENTRAL DISTRICT OF CALIFORNIA:

20       PLEASE TAKE NOTICE that Defendant UHY Advisors NY, Inc.

21   ("UHY"), by and through its attorneys, Buchalter Nemer, a Professional

22   Corporation, hereby removes this pending action from the Superior Court of the

23   State of California for the County of Los Angeles to the United States District

24   Court for the Central District of California pursuant to 28 U.S.C. Sections 1441(a),

25   1441(b) and 1446. Federal jurisdiction of this action is proper on the basis of

26   diversity jurisdiction under 28 U.S.C. Sections 1332 and 1441(b). Removal is

27   based on the following grounds:

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 1668916v2                            1

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446

1

### The Removal Notice Is Timely

2   1.    On September 21, 2007, Plaintiff Lynne Hague ("Plaintiff") filed a

3   Complaint against UHY in the Superior Court of the State of California, County of

4   Los Angeles, entitled *Lynne Hague v. UHY Advisors NY, Inc.; and DOES 1-15*,

5   Case No. BC377989 (the "State Action").    A true and correct copy of the

6   Complaint in the State Action is attached hereto as Exhibit "A."

7   2.    The Complaint alleges the following causes of action: (1) Fraud and

8   Deceit; (2) Wrongful Discharge in Violation of Public Policies; (3) Intentional

9   Infliction of Emotional Distress; and (4) Breach of Contract.

10   3.    Plaintiff failed to timely serve UHY with the Complaint within 60 days

11   from the September 21, 2007 date that the Complaint was filed (i.e. by November

12   20, 2007), as mandated by Rule 3.110(b) of the California *Rules of Court.*

13   4.    On December 14, 2007, Plaintiff's counsel had a copy of the Summons

14   Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, and Notice of Case

15   Assignment ("Summons and Related Papers'), as well as a Notice of

16   Acknowledgment of Receipt, personally delivered to the Los Angeles, California

17   office of Buchalter Nemer.  A true and correct copy of the Summons and Related

18   Papers are attached hereto as Exhibit "B," with the exception of the Notice of

19   Acknowledgment of Receipt, an executed copy of which was returned to Plaintiff's

20   counsel, as discussed below.  (Buchalter Nemer already had acquired its own non-

21   served copy of the Complaint.)

22   5.    On December 27, 2007, Buchalter Nemer, through shareholder

23   Elizabeth Murphy, accepted, on behalf of UHY, service of the Complaint and

24   Summons and Related Papers by executing and mailing the Acknowledgment of

25   Receipt.    Accordingly, UHY effectively was served with the Complaint on

26   December 27, 2007.  A true and correct copy of the executed Acknowledgment of

27   Receipt and accompanying letter are attached hereto as Exhibit "C."

28

6. Pursuant to 28 U.S.C. Section 1446 and Rule 6 of the Federal Rules of Civil Procedure ("FRCP"), UHY has until Monday, January 28, 2008 to file its notice of removal (i.e. 30 days from the December 27, 2007 date of service, as prescribed by Section 1446(b), which is Saturday, January 26, 2008, and, pursuant to Rule 6 of the FRCP, two additional days on account of the deadline falling on a Saturday, and January 28, 2008 being the next-occurring date that is not a Saturday, Sunday or legal holiday). This notice of removal, therefore, is timely filed.

### Diversity Jurisdiction Lies Over This Action

7. This action is a civil action of which this Court has original diversity jurisdiction under 28 U.S.C. Section 1332, and is properly removable pursuant to the provisions of 28 U.S.C. Section 1441(a) and (b) because it is a civil action wherein the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states, as set forth below:

### There Is Complete Diversity of
### Citizenship Among the Parties to This Action

8. Plaintiff is, and, at the time that she filed the Complaint, was domiciled and maintained her residence in the State of California. Complaint ¶1.

9. UHY is a corporation incorporated in the State of Massachusetts with its principal place of business in Albany, New York. *See* Declaration of Lisa M. Brandt ("Brandt Decl."), ¶¶ 3-4, filed concurrently herewith.

10. Thus there is complete diversity of citizenship among the parties.

### The Amount in Controversy Exceeds $75,000.00

11. When the amount in controversy is unclear, the Court may consider the amount in controversy based on the damages that can reasonably be anticipated at the time of removal. *Simmons v. PCR Technology*, 209 F.Supp.2d 1029, 1035 (N.D. Cal. 2002). Where a successful plaintiff can recover compensatory damages, punitive damages and attorneys fees as a matter of law, the Court must consider

1   said remedies when determining whether the amount in controversy exceeds the
2   minimum jurisdictional requirement. *Id.* at 1032-35.

3       12.    In her Complaint, Plaintiff alleges that she is entitled to compensation
4   for general damages, lost wages, medical and related expenses, emotional distress
5   damages, punitive damages and attorneys' fees. *See* Complaint, ¶¶ 13, 14, 15, 20,
6   30-33; *see also* p. 6, line 21 – p. 7, line 2. UHY terminated Plaintiff on September
7   22, 2006. Complaint, ¶ 10. Plaintiff was paid $4,229.17 semi-monthly ($101,500
8   per annum). *See* Brandt Decl., ¶ 5, Exhibit "1." As over a year has elapsed since
9   Plaintiff's employment with UHY terminated, Plaintiff's purported lost wages
10  would be over $101,500. Accordingly, compensation for Plaintiff's lost wages,
11  alone, exceeds the jurisdictional minimum of $75,000.

12      13.    Plaintiff also seeks to recover emotional distress and punitive
13  damages. If Plaintiff were to prevail on these claims, she potentially could recover
14  a substantial amount. *See Simmons, supra,* 209 F.Supp. at 1033-34 (jury verdicts
15  demonstrate the potential for large emotional distress and punitive damages
16  awards). Thus, whether viewed separately or together, Plaintiff's alleged damages
17  exceed the $75,000.00 amount in controversy requirement.

18                             **Pleadings and Process**

19      14.    <u>Parties</u>: All served Defendants join in this Notice of Removal.

20      15.    <u>Process</u>:    On October 9, 2007, a Notice – Case Management
21  Conference was filed by the Clerk in the State Action, a true and correct copy of
22  which is attached hereto as Exhibit "D." On November 27, 2007, an OSC – Failure
23  to File Proof of Service was filed by the Clerk in the State Action, a true and correct
24  copy of which is attached hereto as Exhibit "E." On January 7, 2008, a Notice of
25  Lodging was filed by Plaintiff's counsel, a true and correct copy of which is
26  attached hereto as Exhibit "F." Exhibits "A" through "F" constitute copies of all of
27  the process, pleadings and documents served on UHY in the State Action, all of the

28

1  process, pleadings and documents that UHY served on Plaintiff in the State Action,

2  as well as all of the other filings in the State Action.

3       16.  <u>Proper Court</u>: This Court is part of the district and division embracing

4  the place where this action was filed – Los Angeles County, California.  *See* 28

5  U.S.C. § 1446(a).

6       17.  <u>Notice</u>: Upon filing this Notice of Removal, UHY will promptly give

7  written notice to Plaintiff's counsel and file a copy of that notice with the Clerk of

8  the Superior Court for the State of California, County of Los Angeles.  A true and

9  correct copy of the Notice of Removal that will be served on Plaintiff's counsel and

10  filed with the Clerk is attached hereto as Exhibit "G."

11       18.  <u>Signature</u>: This Notice of Removal is signed pursuant to Rule 11 of the

12  FRCP. *See* U.S.C. § 1446(a).

13       19.  By removing on the basis of diversity jurisdiction, UHY does not

14  concede or make any admissions relating to the merit and/or value of Plaintiff's

15  allegations or claims.  UHY denies the material allegations contained in the

16  Complaint generally and specifically.

17       WHEREFORE, this action should proceed in the United States District Court

18  for the Central District of California, as an action properly removed thereto.

19

20  DATED: January 14, 2008       BUCHALTER NEMER
                          A Professional Corporation

21

22

23                     By: Russell Allyn
                       P/    RUSSELL ALLYN

24                         Attorneys for Defendant
                       UHY ADVISORS NY, INC.

25

26

27

28

Exhibit "A"

LAW OFFICE OF
**DAVID J. DUCHROW**
11340 W. OLYMPIC BOULEVARD, SUITE 305
LOS ANGELES, CA 90064-1613
Telephone (310) 479-5303
Facsimile (310) 479-5306

DAVID J. DUCHROW, C.S.B. No. 105617
FABIOLA M. RIVERA, C.S.B. No. 235199

Attorneys for Plaintiff Lynne Hague

(SPACE BELOW FOR FILING STAMP ONLY)

# FILED
LOS ANGELES SUPERIOR COURT

SEP 21 2007

JOHN A. CLARKE, CLERK

BY EDUARDO CHANES, DEPUTY

Case assigned D. 42
to Judge
ECHU M. BERLE

## SUPERIOR COURT, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

### CENTRAL DISTRICT

### 111 N. HILL STREET, LOS ANGELES, CA 90012

| | |
|---|---|
| LYNNE HAGUE,<br><br>            Plaintiff,<br><br>vs.<br><br>UHY Advisors NY, Inc.; and DOES 1- 15 ,<br><br>            Defendants. | CASE NO:   BC377989<br><br>Unlimited Jurisdiction<br><br>**COMPLAINT**<br><br>1.   Fraud and Deceit<br>2.   Wrongful Discharge in Violation of Public Policies<br>3.   Intentional Infliction of Emotional Distress<br>4.   Breach of Contract |

### ALLEGATIONS AS TO ALL CAUSES OF ACTION

1.     At all relevant times, Plaintiff Lynne Hague was a resident of Los Angeles County, California.

2.     Defendant UHY Advisors NY, Inc. ("UHY") was, at all relevant times, was a corporation doing business in Los Angeles County, California, at 11661 San Vicente Boulevard Suite 500, Los Angeles, California.

3.     Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1-15, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and

-1-

1    thereon alleges that each of the fictitiously named defendants is responsible in some manner for the

2    occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by their

3    negligence. Plaintiff is further informed and believes and thereon alleges that each of the fictitiously named

4    defendants was acting as the agent or employee of each other defendant, and that all acts of the Defendants

5    named herein by their true or fictitious names acted with the authority, or subsequent ratification, of each of

6    the other Defendants.

7        4.        Plaintiff was employed by Defendant UHY from April 24, 2006 until September 22, 2006

8    as the Office Manager of the Los Angeles office.

9        5.        At the time Plaintiff was hired, she was told by the Managing Director that the position was

10   "permanent," not "temporary," that the salary would be not less than $100,000.00 per year, and that when

11   the person she was replacing returned from a medical leave eight to 10 months later, that Plaintiff would be

12   not be terminated, but would instead be responsible for the administrative, tax, bookkeeping, and business

13   management duties.

14       6.        Before Plaintiff began her employment with UHY, she had been working at another

15   accounting firm.  Managing agents of UHY knew of Plaintiff's previous employment history during the time

16   period when they were interviewing Plaintiff prior to hiring her.  After Plaintiff received an offer of

17   employment with UHY, she trained her replacement, who filled Plaintiff's position when she went to work

18   for UHY.

19       7.        Within a few months after being hired by UHY, in June, 2006, Plaintiff implemented

20   workflow systems to make sure tax returns were completed in a timely manner; set up new systems and

21   involved staff differently; promoted, and hired, staff members.  She also learned of UHY's wage and hour

22   practices and its practices involving the payments to employees, including reimbursing employee expenses.

23   Plaintiff informed UHY managers, including the Managing Director, that it was not legal, and in violation of

24   California law, to pay salaries to unlicenced professionals.  Plaintiff was told that UHY had "made a business

25   decision" that UHY would not pay overtime to unlicensed professionals, and that some in management were

26   upset with her for forcing the executive committee to take some action on the misclassification issue. Plaintiff

27   was told that she should not bring up the issues again.

28       8.        Within weeks of raising the issue of overtime as described above, Plaintiff began to have

-2-

COMPLAINT

various job responsibilities taken away. In July and August, 2006, Plaintiff had her duties regarding human resources, overseeing H1B visas, on-campus and overseas recruiting, and other duties, taken away. During that time period, Plaintiff volunteered to assume more duties involving tax preparation, and began to do so until she was terminated.

9.     On September 14, 2006, Plaintiff wrote to the Chief Executive officer of UHY and the Managing Director of the Los Angeles office, again raising issues including misclassifying employees for the purpose of avoiding payment of overtime for their hours worked; the issue of failing to enforce break and lunch periods; failure to reimburse employees for business expenses; allowing exempt employees to take partial deductions from paid time off, and stating that she has asked the Human Resources Director to "stop the unlawful practices and comply with the law."

10.     On September 22, 2006, Plaintiff was informed that she was terminated. The stated reason was that the person whom Plaintiff had replaced would be returning from medical leave. The stated reason was directly contrary to the representation made to Plaintiff before she was hired, that the position was permanent and would continue even if the person she replaced returned from medical leave.

11.     Plaintiff had no written, integrated employment contract with Defendant UHY.

12.     At all times herein mentioned, Plaintiff was fully qualified and competent to perform the duties assigned to her in the course of her employment with UHY, and did perform the duties in at least a competent manner.

13.     The actions of the managing agents of Defendant UHY, described above, were carried out with malice, wilfulness and reckless indifference to the rights of Plaintiff, with full knowledge of their unlawfulness, and with the intent to deprive Plaintiff of the rights guaranteed to him under the law as set forth below. Plaintiff is entitled to punitive damages based upon the above allegations for the purpose of deterring such unlawful, malicious, oppressive and reckless conduct.

14.     As a further direct result of the acts of Defendants, as described above, Plaintiff was prevented from attending to her usual occupation. Plaintiff thereby has lost and will continue to lose earnings and employment related benefits, in an as yet unascertained amount. Plaintiff will seek to amend this complaint as such time as the amount is ascertained, or according to proof.

15.     As a further direct result of the acts of Defendants, as described above, Plaintiff suffered

-3-

1   extreme humiliation, mental anguish, and emotional and physical distress, all of which caused and continue

2   to cause great physical and emotional pain and suffering. In addition, Plaintiff has incurred, and will continue

3   to incur, reasonable and necessary medical expenses for treatment of emotional, psychological and

4   physiological injuries caused thereby in an amount to be determined.

**FIRST CAUSE OF ACTION**

**FRAUD AND DECEIT**

**AGAINST ALL DEFENDANTS**

8   16.    Plaintiff realleges the foregoing paragraphs as though set forth in full.

9   17.    Defendants represented to Plaintiff that she would be the Office Manager as a "permanent"

10  position, and would be compensated in excess of $100,000.00 per year. Said representations were false

11  because Plaintiff was not given a permanent position, and was terminated less than six months after receiving

12  the offer of employment. Defendants used the misrepresentations to induce Plaintiff to change her

13  employment, a result Defendants could not have achieved truthfully.

14  18.    Defendants knew said representations to be false and intended to conceal the true facts from

15  Plaintiff to unlawfully persuade Plaintiff to change her employment, and to use her skill and expertise to their

16  benefit and to Plaintiff's detriment by inducing Plaintiff to leave his employer which had been a secure source

17  of income.

18  19.    Plaintiff did not discover the fraud and deceit practiced upon her as set forth herein until she

19  started her employment with defendants, attempted to fulfill the position and responsibilities represented by

20  the defendants, but was then presented with a proposed severance agreement, and thereby realized that

21  defendants' representations were false.

22  20.    As a proximate result of the representations of defendants to Plaintiff as set forth herein,

23  Plaintiff has suffered and continues to suffer the loss of wages in an amount in excess of $50,000.00, the

24  precise amount of which will be proven at trial.

25  21.    Defendants committed the acts alleged herein maliciously, fraudulently, and oppressively,

26  with the wrongful intention of injuring Plaintiff, and acted with an improper and evil motive amounting to

27  malice and in conscious disregard of Plaintiff's rights.

28  ///

-4-

1    SECOND CAUSE OF ACTION

2    WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICIES

3    AGAINST ALL DEFENDANTS

4        22.    Plaintiff realleges the foregoing paragraphs at this point as though set forth in full.

5        23.    By terminating Plaintiff for her repeated complaints regarding UHY's failure to comply with

6    California wage and overtime laws and regulations, including those requiring payment of overtime, Defendant

7    UHY violated the public policies of the State of California, as those policies are designed to ensure that

8    employees are compensated for overtime work, including but not limited to California Labor Code § 510.

9    THIRD CAUSE OF ACTION

10    INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

11    AGAINST ALL DEFENDANTS

12        24.    Plaintiff realleges paragraphs 1 - 23 as though set forth in full.

13        25.    The acts of Defendant UHY and DOES 1 - 15, and each of them, described above, were

14    committed with reckless indifference to the probability of their causing Plaintiff to suffer extreme humiliation,

15    mental anguish, and emotional and physical distress; and did cause Plaintiff to suffer said extreme humiliation,

16    mental anguish, and emotional and physical distress.

17    FOURTH CAUSE OF ACTION

18    BREACH OF CONTRACT

19    AGAINST ALL DEFENDANTS

20        26.    Plaintiff hereby realleges and incorporates by reference, as though set forth in full, the

21    allegations contained in paragraphs 1 through 15.

22        27.    Plaintiff and Defendants entered into an oral agreement for Plaintiff's employment. Plaintiff

23    was to be Defendants' Office Manager, with the responsibilities normally associated with that position, and

24    that the position would be permanent, not temporary and not contingent upon the former holder of that

25    position returning from medical leave; and the salary for the position would be $100,000.00.

26        28.    Plaintiff performed all conditions, covenants and promises required on her part to be

27    performed in accordance with the terms and conditions of the agreement for employment.

28        29.    In or about May, 2007, and continuing to September 22, 2007, Defendants breached the

-5-

1    agreement by failing to provide Plaintiff with the authority, responsibilities, compensation, and written

2    employment agreement as agreed.

3        30.    As a proximate result of defendants' breach of the agreement Plaintiff has suffered damages

4    in an amount according to proof at time of trial, but in an amount in excess of the jurisdiction of this court.

5                **FURTHER ALLEGATIONS AS TO ALL CAUSES OF ACTION**

6        31.    As a proximate result of the acts of Defendants as alleged above, PLAINTIFF was hurt and

7    injured in her health, strength, and activity, sustaining injury to her nervous system and person, all of which

8    have caused, and continue to cause, PLAINTIFF loss of earnings and earning capacity, and other economic

9    losses, as well as great mental, physical and nervous pain and suffering.

10       32.    As a further proximate result of the acts of Defendants, Plaintiff expects to incur, and will

11   continue to incur, medical and related expenses. The full amount of these expenses is not known to Plaintiff.

12   Plaintiff will seek to amend this complaint as such time as the amount is ascertained, or according to proof.

13       33.    As a further proximate result of the acts of Defendants, as described above, Plaintiff has

14   suffered, and will continue to suffer, severe emotional distress, for which she has sought professional

15   treatment, and for which she continues to seek such treatment, and expects to treat in the future. Plaintiff

16   will seek to amend this complaint at the time when the value of such emotional distress, and associated

17   economic costs, are ascertained, or according to proof.

18       34.    Prosecution of this action will confer a benefit on a large class of persons, including the

19   unlicenced professionals on whose behalf Plaintiff sought to enforce wage and hour laws pertaining to

20   overtime and reimbursement of expenses. That benefit exceeds the recovery obtainable by Plaintiff.

21       WHEREFORE, PLAINTIFF seeks judgement against defendants, and each of them as follows:

22       1.    For general damages according to proof;

23       2.    For medical and related expenses according to proof;

24       3.    For lost earnings, past and future, according to proof;

25       4.    For punitive damages;

26       5.    For interest as allowed by law;

27       6.    For costs of suit incurred herein, including expert witness fees;

28       7.    For attorneys' fees as allowed by law, including but not limited to California Code of Civil

-6-

**COMPLAINT**

1 | Procedure§ 1021.5;

2 |     8.    For such other and further relief as this court deems just and proper.

3 | Dated: September 20, 2007

                                Respectfully submitted,
**LAW OFFICE OF DAVID J. DUCHROW**

By: _David J. Duchrow_

David J. Duchrow, Attorney for Plaintiff LYNNE HAGUE

Exhibit "B"

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

UHY Advisors NY, Inc.; and DOES 1-15

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

**SEP 2 1 2007**

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
EDUARDO CHANES

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Lynne Hague

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you.   Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):* **BC377989**

Los Angeles County Superior Court
111 N. Hill Street
Los Angeles CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

David J. Duchrow, Law Office of David J. Duchrow
11340 W. Olympic Boulevard, Suite 305, Los Angeles, CA 90064 tel (310) 479-5303

**DATE:** **SEP 2 1 2007**  **John A. Clarke**  Clerk, by _____ **EDUARDO CHANES** , Deputy
*(Fecha)*  *(Secretario)*  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* U H Y Advisors NY, Inc.

under: ☑ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

[SEAL]

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE
#### Case Number _____

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

**BC377989**

Your case is assigned for all purposes to the judicial officer indicated below. There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Gregory Alarcon | 36 | 410 | Hon. William F. Highberger | 32 | 406 |
| Hon. Alice E. Altoon | 28 | 318 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Conrad Aragon | 49 | 509 | Hon. Jane L. Johnson | 56 | 514 |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Elihu M. Berle | 42 | 416 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Tricia Ann Bigelow | 23 | 315 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Soussan G. Bruguera | 71 | 729 | Hon. Rita Miller | 16 | 306 |
| Hon. Susan Bryant-Deason | 52 | 510 | Hon. David L. Minning | 61 | 632 |
| Hon. James C. Chalfant | 13 | 630 | Hon. Aurelio Munoz | 47 | 507 |
| Hon. Victoria Chaney* | 324 | CCW | Hon. Mary Ann Murphy | 25 | 317 |
| Hon. Judith C. Chirlin | 19 | 532 | Hon. Joanne O'Donnell | 37 | 413 |
| Hon. Ralph W. Dau | 57 | 517 | Hon. Michael C. Solner | 39 | 415 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Mel Red Recana | 45 | 529 |
| Hon. James R. Dunn | 26 | 316 | Hon. Andria K. Richey | 31 | 407 |
| Hon. Mark Mooney | 68 | 617 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. William F. Fahey | 78 | 730 | Hon. Ann I. Jones | 40 | 414 |
| Hon. Irving S. Feffer | 51 | 511 | Hon. John P. Shook | 53 | 513 |
| Hon. Edward A. Ferns | 69 | 621 | Hon. Ronald M. Sohigian | 41 | 417 |
| Hon. Kenneth R. Freeman | 64 | 601 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Haley J. Fromholz | 20 | 310 | Hon. Mary Thornton House | 17 | 309 |
| Hon. Richard Fruin | 15 | 307 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Terry A. Green | 14 | 300 | Hon. John Shepard Wiley Jr. | 50 | 508 |
| Hon. Elizabeth A. Grimes | 30 | 40 | | | |
| Hon. Paul Gutman | 34 | 408 | | | |
| Hon. Robert L. Hess | 24 | 314 | | | |

*Class Actions

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____    JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

LACIV GCH 190 (Rev. 04/07)
LASC Approved 05-06

### NOTICE OF CASE ASSIGNMENT –
### UNLIMITED CIVIL CASE

Page 1 of 2

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

David J. Duchrow SBN 105617
Law Office of David J. Duchrow
11340 W. Olympic Blvd., Suite 305
Los Angeles, CA 90064
TELEPHONE NO.: (310) 479-5303   FAX NO.: (310) 479-5306
ATTORNEY FOR (Name): Plaintiff Lynne Hague

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Central District

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 21 2007

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
EDUARDO CHANES

CASE NAME:
Hague v. UHY Advisors NY, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | BC377989 |
| | | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☑ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action (specify): four
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 21, 2007
David J. Duchrow SBN 105617
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CIVIL CASE COVER SHEET
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE | CASE NUMBER |
|---|---|
| Hague v. UHY Advisors NY Inc. | BC377989 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I.  Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 6-8   ☐ HOURS/ ☑ DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | Type of Action | B<br><br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100 | Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110 | Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070 | Asbestos Property Damage | 2. |
| | | ☐ A7221 | Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260 | Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210 | Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240 | Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250 | Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230 | Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270 | Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220 | Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029 | Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005 | Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010 | Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013 | Fraud (no contract) | 1., 2., 3. |

**CIVIL CASE SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| | SHORT TITLE: | CASE NUMBER |
|---|---|---|
| | Hague v. UHY Advisors NY Inc. | |

| | A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | Professional Negligence (25) | ☐ A6017   Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050   Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025   Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037   Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☑ A6024   Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109   Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004   Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008   Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019   Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028   Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002   Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012   Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015   Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009   Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031   Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027   Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300   Eminent Domain/Condemnation       Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023   Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018   Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032   Quiet Title | 2., 6. |
| | | ☐ A6060   Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Judicial Review   Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021   Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020   Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022   Unlawful Detainer-Drugs | 2., 6. |
| | Asset Forfeiture (05) | ☐ A6108   Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115   Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

LACIV 109 (Rev. 01/07)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM  
AND STATEMENT OF LOCATION**

LASC, rule 2.0  
Page 2 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Hague v. UHY Advisors NY Inc. | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental  (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br>(20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Hague v. UHY Advisors NY Inc. | |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS:<br>11661 San Vicente Boulevard |
|---|---|
| ☐1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|
| Los Angeles | CA | 90025 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Central _____ courthouse in the Central _____ District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: September 21, 2007

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

Exhibit "C"


**BuchalterNemer**
A Professional Law Corporation

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA...
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

Direct Dial Number: (213) 891-5109
Direct Facsimile Number: (213) 630-5642
E-Mail Address: *emurphy@buchalter.com*

December 27, 2007

**VIA FACSIMILE (310) 479-5306 AND REGULAR MAIL**

Fabiola M. Rivera, Esq.
Law Office of David J. Duchrow
11340 W. Olympic Boulevard, Suite 305
Los Angeles, California 90064

Re:   Hague v. UHY Advisors NY, Inc.
      LASC # BC 377989

Dear Ms. Rivera:

Attached and enclosed with the original of this letter is a signed Acknowledgment of Receipt in the above-referenced matter. According to our calculations, the Defendants' responsive pleading is now due on January 28, 2008. In the meantime, we plan to serve a notice of Ms. Hague's deposition and would appreciate your providing us with dates in January or February on which Ms. Hague will be available for her deposition.

Thank you.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By

Elizabeth Murphy

Enclosure
cc:   Nicole Gomes, Esq.

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Fabiola M. Rivera, Esq.                                     235199<br>Law Office of David J. Duchrow<br>11340 W. Olympic Boulevard, Suite 305<br>Los Angeles, CA 90064<br>   TELEPHONE NO: (310) 479-5303        FAX NO. *(Optional):* (310) 479-5306<br>   E-MAIL ADDRESS *(Optional):*<br>   ATTORNEY FOR *(Name):* Plaintiff Lynne Hague | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
   STREET ADDRESS: 111 N. Hill Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Los Angeles, CA 90012
   BRANCH NAME: Central

PLAINTIFF/PETITIONER: LYNNE HAGUE

DEFENDANT/RESPONDENT: UHY ADVISORS NY, et. al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC 377989 |
|---|---|

TO *(insert name of party being served):* DEFENDANT UHY ADVISORS, INC.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 12/14/07 (Personal Service)

Fabiola M. Rivera
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☐  A copy of the summons and of the complaint.
2. ☑  Other *(specify):*

   Complaint (copy has already been received by Defendant's attorney), Summons, Notice of Case
   Assignment Civil Case Cover Sheet, Civil Case Cover Sheet Addendum

*(To be completed by recipient):*

Date this form is signed: 12/27/07

Elizabeth Murphy
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## Confirmation Report - Memory Send

Page        : 001
Date & Time : 07-Dec-27  03:35pm
Line 1      : +2138960400
Line 2      : +
E-mail      : donotreply@buchalter.com
Machine ID  : Buchalter Nemer

| | | |
|---|---|---|
| Job number | : | 698 |
| Date | : | Dec-27 03:33pm |
| To | : | ☎13104795306 |
| Number of pages | : | 003 |
| Start time | : | Dec-27 03:33pm |
| End time | : | Dec-27 03:35pm |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 698 | *** SEND SUCCESSFUL *** |

## BuchalterNemer
*A Professional Law Corporation*

1000 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90017-2457
TELEPHONE (213) 891-0700 / FAX (213) 896-0400

## FACSIMILE TRANSMISSION

DEC 27 '07 PM3:33

| DATE: | December 27, 2007 | FILE NUMBER: | U9248.0004 |
|---|---|---|---|

To:

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| FABIOLA M. RIVERA, ESQ. LAW OFFICE OF DAVID J. DUCHROW | (310) 479-5306 | |

| | | | |
|---|---|---|---|
| FROM: | Elizabeth Murphy | PHONE: | (213) 891-5109 |
| RE: | Lynn S. Hague | | |

NUMBER OF PAGES WITH COVER PAGE:

Message:
PLEASE SEE ATTACHED – HARD COPY TO FOLLOW BY U.S. MAIL

| Start Time: | | a.m. / p.m. |
|---|---|---|
| Finish Time: | | a.m. / p.m. |
| Vicinity: | Local ___ Long Dist. ___ | International |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the US Postal Service. Thank You.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE.

BN 1638555v1

Exhibit "D"

(SPACE BELOW FOR FILING STAMP ONLY)

1

LAW OFFICE OF
**DAVID J. DUCHROW**
11340 W. OLYMPIC BOULEVARD, SUITE 305
LOS ANGELES, CA 90064-1613
Telephone (310) 479-5303
Facsimile (310) 479-5306

2

3

4

**DAVID J. DUCHROW, C.S.B. No. 105617**
**FABIOLA M. RIVERA, C.S.B. No. 235199**

5

Attorneys for Plaintiff, LYNNE HAGUE

6

7

8

SUPERIOR COURT, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

9

CENTRAL DISTRICT

10

11

LYNNE HAGUE,

CASE NO: **BC 377989**

12

              Plaintiff,

Assigned for all purposes to Judge Elihu
M. Berle, Department 42

13

   vs.

14

UHY ADVISORS NY, INC., AND DOES 1 -
15

**NOTICE OF CASE MANAGEMENT**
**CONFERENCE**

15

16

             Defendants.

17

18

    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**, notice is hereby given

19

that a Case Management Conference has been scheduled to take place on February 21, 2008, at

20

8:30 a.m. in Department 42 at 111 N. Hill Street, Los Angeles, CA 90012.

21

Dated: December 26, 2007

Respectfully submitted,

22

**LAW OFFICE OF**
**DAVID J. DUCHROW**

23

24

By: _Fabiola M. Rivera_

25

FABIOLA M. RIVERA, Attorney for
Plaintiff, LYNNE HAGUE

26

27

28

NOTICE OF CASE MANAGEMENT CONFERENCE

NOTICE SENT TO:

Duchrow, David J., Esq.
Law Offices of David J.Duchrow
11340 West Olympic Blvd, Suite 305
Los Angeles          CA   90064

ORIGINAL FILED

OCT - 9 2007

LOS ANGELES
SUPERIOR COURT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| LYNNE HAGUE | | CASE NUMBER |
| | Plaintiff(s), | BC377989 |
| VS. | | |
| UHY ADVISORS NY INC | | **NOTICE OF CASE** |
| | Defendant(s). | **MANAGEMENT CONFERENCE** |

### TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for February 21, 2008 at 8:30 am in Dept. 42 at 111 N. Hill Street, Los Angeles, California 90012.

Pursuant to California Rules of Court, 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order dismissing fictitious/unnamed defendants; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (GC 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, CCP Sections 177.5, 575.2, 583.150, 583.360 and 583.410, GC Section 68608 (b), and California Rules of Court 2.2 et seq.

Date:  October 9, 2007                                   ELIHU M. BERLE
                                                  _____
                                                  Judge of the Superior Court
                                                  Judicial Officer

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[  ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[  ] by personally giving the party notice upon filing the complaint.

Date:  October 9, 2007                          John A. Clarke, Executive Officer/Clerk

                                        by _____N. Digiambattista_____, Deputy Clerk

LACIV 132 (Rev. 01/07)                                       Cal. Rules of Court, rule 3.720-3.730
LASC Approved 10-03                                          LASC Local Rules, Chapter Seven

Law Office of David J. Duchrow
11340 W. Olympic Boulevard, Suite 305
Los Angeles, CA 90064-1613
(310) 479-5303
Facsimile (310) 479-5306

# PROOF OF SERVICE

1

2  I am employed in the County of Los Angeles at 11340 W. Olympic Boulevard, Suite 305,
Los Angeles, CA 90064. On the date of mailing, I am over the age of eighteen, and not a
3  party to the above-described action.

4
On **December 26, 2007,** I served the within:
5

6  **NOTICE OF CASE MANAGEMENT CONFERENCE**

7
by placing a true copy thereof enclosed in sealed envelopes addressed as follows:
8

9  Elizabeth H. Murphy
Buchalter Nemer
10  1000 Wilshire Boulevard
Suite 1500
11  Los Angeles, CA 90017

12
**BY MAIL:**
13

14  I am "readily familiar" with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with U.S. postal
15  service on that same day with postage thereon fully prepaid at Los Angeles, California in
the ordinary course of business.  I am aware that on motion of the party served, service is
16  presumed invalid if postal cancellation date or postage meter date is more than one day
after date of deposit for mailing in affidavit.

17  Executed on **December 26, 2007,** at Los Angeles, California.  I declare under penalty of
perjury under the laws of the State of California that the above is true and correct.

18

19  Sofia Torres

20
21
22
23
24
25
26
27
28

NOTICE OF CMC.wpd                               -2-

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Exhibit "E"

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 12/21/07 | DEPT. 42 |
| HONORABLE ELIHU M. BERLE  JUDGE | N DIGIAMBATTISTA  DEPUTY CLERK |
| HONORABLE  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| 7 | JORGE P. DOMINGUEZ/ |
| R JOHNSON/C.A.  Deputy Sheriff | CSR 12523  Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | BC377989 | Plaintiff Counsel | FABIOLA M. RIVERA (X) |
| | LYNNE HAGUE VS UHY ADVISORS NY INC | Defendant Counsel | NO APPEARANCE |

**NATURE OF PROCEEDINGS:**

ORDER TO SHOW CAUSE RE SANCTIONS AGAINST PLAINTIFF FOR
FAILURE TO FILE PROOF OF SERVICE ON ORIGINAL SUMMONS
AND COMPLAINT

Matter comes on for hearing.

Counsel for plaintiff advises the court that the
counsel for defendant indicated he would sign an
acknowledgement of receipt but it has not yet been
received back from counsel for defendant.

Counsel is ordered to serve defendant if the acknow-
ledgement is not received by next week.

The order to show cause is continued to January 15,
2008, at 8:30 a.m. in Department 42.

Page   1 of  1    DEPT. 42

MINUTES ENTERED
12/21/07
COUNTY CLERK

Exhibit "F"

ORIGINAL

(SPACE BELOW FOR FILING STAMP ONLY)

1
2
3
4
5

LAW OFFICE OF
**DAVID J. DUCHROW**
11340 W. OLYMPIC BOULEVARD, SUITE 305
LOS ANGELES, CA 90064-1613
Telephone (310) 479-5303
Facsimile (310) 479-5306

**DAVID J. DUCHROW, C.S.B. No. 105617**
**FABIOLA M. RIVERA, C.S.B. No. 235199**

Attorneys for Plaintiff, LYNNE HAGUE

# FILED
LOS ANGELES SUPERIOR COURT

JAN 0 7 2008

JOHN A. CLARKE, CLERK

BY VICTOR E. SINO-CRUZ, DEPUTY

6
7

8          SUPERIOR COURT, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

9                                     CENTRAL DISTRICT

10

11   LYNNE HAGUE,                          )   CASE NO: BC 377989
                                           )
12                     Plaintiff,          )   Assigned for all purposes to Judge Elihu
                                           )   M. Berle, Department 42
13          vs.                            )
                                           )
14   UHY ADVISORS NY, INC., AND DOES 1 -   )   NOTICE OF LODGING NOTICE AND
15   15                                    )   ACKNOWLEDGMENT OF RECEIPT
                                           )
16                     Defendants.         )
                                           )

17

18          **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** notice is hereby given

19   that Plaintiff hereby lodges and attaches hereto the Notice and Acknowledgment of Receipt of the

20   Summons and Complaint in this matter.

21   Dated: January 7, 2008                        Respectfully submitted,

22                                                 **LAW OFFICE OF**
                                                   **DAVID J. DUCHROW**
23
24
25                                                 By: _Fabiola M. Ri_____
26                                                   FABIOLA M. RIVERA, Attorney for
                                                   Plaintiff, LYNNE HAGUE
27

28

NOTICE OF LODGING ACKNOWLEGMENT & RECEIPT.wpd                    -1-

**LODGING OF NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Fabiola M. Rivera, Esq.                                         235199<br>Law Office of David J. Duchrow<br>11340 W. Olympic Boulevard, Suite 305<br>Los Angeles, CA 90064<br>   TELEPHONE NO.: (310) 479-5303       FAX NO. *(Optional):* (310) 479-5306<br>E-MAIL ADDRESS *(Optional):*<br>   ATTORNEY FOR *(Name):* Plaintiff Lynne Hague | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>   STREET ADDRESS: 111 N. Hill Street<br>   MAILING ADDRESS:<br>   CITY AND ZIP CODE: Los Angeles, CA 90012<br>   BRANCH NAME: Central |

| |
|---|
| PLAINTIFF/PETITIONER: LYNNE HAGUE<br><br>DEFENDANT/RESPONDENT: UHY ADVISORS NY, et. al. |

| | |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>BC 377989 |

TO *(insert name of party being served):* <u>DEFENDANT UHY ADVISORS, INC.</u>

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 12/14/07 (Personal Service)

Fabiola M. Rivera
_____                            ▶  _____
   (TYPE OR PRINT NAME)                                      (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☐   A copy of the summons and of the complaint.
2. ☑   Other *(specify):*

   Complaint (copy has already been received by Defendant's attorney), Summons, Notice of Case Assignment Civil Case Cover Sheet, Civil Case Cover Sheet Addendum

*(To be completed by recipient):*

Date this form is signed: '4/27/07

Elizabeth Murphy
_____                            _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
   ON WHOSE BEHALF THIS FORM IS SIGNED)                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com

●     ●          ●

## PROOF OF SERVICE

1

2  I am employed in the County of Los Angeles at 11340 W. Olympic Boulevard, Suite 305, Los Angeles, CA 90064. On the date of mailing, I am over the age of eighteen, and not a

3  party to the above-described action.

4

On **January 7, 2008,** I served the within:

5

6  **NOTICE OF LODGING NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

7

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

8

9  Elizabeth H. Murphy
Buchalter Nemer

10  1000 Wilshire Boulevard
Suite 1500

11  Los Angeles, CA 90017

12

13  **BY MAIL:**

14  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal

15  service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is

16  presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17  Executed on January 7, 2008, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18

19  _Sofia Torres_

20

...

Law Office of David J. Duchrow<br>11340 W. Olympic Boulevard, Suite 305<br>Los Angeles, CA 90064-1813<br>(310) 479-5303<br>Facsimile (310) 479-5306

-2-

NOTICE OF LODGING ACKNOWLEDGMENT & RECEIPT.wpd

**LODGING OF NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

Exhibit "G"

1   BUCHALTER NEMER
    A Professional Corporation
2   RUSSELL ALLYN (SBN: 143531)
    ELIZABETH MURPHY (SBN: 174095)
3   NICOLE D. GOMES (SBN: 218099)
    1000 Wilshire Boulevard, Suite 1500
4   Los Angeles, CA 90017-2457
    Telephone: (213) 891-0700
5   Facsimile: (213) 896-0400

6   Attorneys for Defendant
    UHY ADVISORS NY, INC.

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF LOS ANGELES

10                        CENTRAL DISTRICT

11

12   LYNNE HAGUE,                      CASE NO. BC377989

13              Plaintiff,

14        vs.                          Assigned to Honorable Judge Elihu M. Berle
                                       Department: 42
15   UHY Advisors NY, Inc.; and DOES 1-15,   NOTICE OF REMOVAL

16              Defendants.

17

18        TO THE LOS ANGELES COUNTY SUPERIOR COURT, PLAINTIFF AND ALL

19   OTHER INTERESTED PARTIES:

20        PLEASE TAKE NOTICE THAT on January 14, 2008, a Notice of Removal of this action

21   was filed in the United States District Court for the Central District of California, a copy of which

22   is attached to this Notice as Exhibit "1," and is served herewith.

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 1668762v1                              1

1   DATED: January 14, 2008

2

3

BUCHALTER NEMER
A Professional Corporation

By: _____
        ELIZABETH MURPHY
        Attorneys for Defendant
        UHY ADVISORS NY, INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2

3      I am employed in the County of Los Angeles, State of California.  I am over the age of 18

4  and not a party to the within action.  My business address is at BUCHALTER NEMER, A

5  Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California  90017-

6  2457.

7      On the date set forth below, I served the foregoing document described as:

8      **NOTICE OF REMOVAL**

9  on all other parties and/or their attorney(s) of record to this action by _____  faxing and/or

10   _X_  placing a true copy thereof in a sealed envelope as follows:

11

12      David J. Duchrow, Esq.
        LAW OFFICE OF DAVID J. DUCHROW
13      11340 W. Olympic Boulevard
        Suite 305
14      Los Angeles, CA 90064-1613

15  ☒     **BY OVERNIGHT DELIVERY**   On January 14, 2008, I placed the Federal
    Express/Overnite Express package for overnight delivery in a box or location regularly
16  maintained by Federal Express/Overnite Express at my office, or I delivered the package to an
    authorized courier or driver authorized by Federal Express/Overnite Express to receive
17  documents.  The package was placed in a sealed envelope or package designated by Federal
    Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on
18  whom it is to be served at the address(es) shown above, as last given by that person on any
    document filed in the cause; otherwise at that party's place of residence.
19

20

21  ☒     I declare under penalty of perjury under the laws of the State of California that the

22  foregoing is true and correct to the best of my knowledge.  Executed on January 14, 2008, at Los

23  Angeles, California.

24  ☒     I declare that I am employed in the office of a member of the bar of this court at whose

25  direction the service was made.  Executed on January 14, 2008, at Los Angeles, California.

26

27      Rita S. Dawley _____          _____ (Signature)

28

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California  90017-2457.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO U.S.C. SECTIONS 1441(a), 1441(b) AND 1446 (DIVERSITY)**

on all other parties and/or their attorney(s) of record to this action by _____  faxing and/or

__X__  placing a true copy thereof in a sealed envelope as follows:

> David J. Duchrow, Esq.
> LAW OFFICE OF DAVID J. DUCHROW
> 11340 W. Olympic Boulevard
> Suite 305
> Los Angeles, CA 90064-1613

☒   **BY OVERNIGHT DELIVERY**   On January 14, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☒   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on January 14, 2008, at Los Angeles, California.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on January 14, 2008, at Los Angeles, California.

_____            _____
        Rita S. Dawley                                              (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 1672444v1

**PROOF OF SERVICE**