Elizabeth H. Murphy (State Bar No. 174095)
Email: elizabeth.murphy@hro.com
Nicole D. Gomes (State Bar No. 218099)
Email:  nicole.gomes@hro.com
HOLME ROBERTS & OWEN LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA  90015
Telephone:  (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
UHY ADVISORS, INC.

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LYNNE HAGUE,<br><br>                          Plaintiff,<br><br>      v.<br><br>UHY ADVISORS NY, INC., AND<br>DOES 1-15,<br><br>                          Defendants. | Case No.: CV 08-232 ODW (FMOx)<br><br>Honorable Otis D. Wright II<br><br>**JUDGMENT ON JURY VERDICT**<br><br>**(Rule 58, FRCP)**<br><br>Trial Date:            January 29, 2009<br>Verdict Reached: February 4, 2009 |

    In accordance with Rule 58 of the Federal Rules of Civil Procedure, the jury
having reached a unanimous verdict in favor of Defendant, UHY Advisors NY, Inc.,
this Court hereby enters judgment in favor of UHY Advisors, Inc. and against
Plaintiff, Lynne Hague, on all claims.

#13232 v1 lax

As the prevailing party, Defendant is entitled to recover its costs, pursuant to Rule 54 of the Federal Rules of Civil Procedure and in accordance with Local Rule 54-1, et seq., in the amount of $_____TBD_____.

IT IS SO ORDERED.

Dated: February 6, 2009

_____

Honorable Otis D. Wright II

**JUDGMENT ON JURY VERDICT**
Lynne Hague v. UHY Advisors NY, Inc. and Does 1-15
Case No. CV 08-232-ODW (FMOx)

#13232 v1 lax